IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

Civil Action No.: 5:13-CV-00030-D

| | |
|---|---|
| BANK OF AMERICA, N.A., SUCCESSOR BY MERGER TO BAC HOME LOANS SERVICING, LP, <br><br>vs.<br><br>CASSANDRA BLACKWELL CHILDS,<br><br>Defendant. | **ORDER FOR ENTRY OF CLERK'S DEFAULT AGAINST DEFENDANT CASSANDRA BLACKWELL CHILDS** |

THIS MATTER came before the Clerk on Plaintiff's Motion for Entry of Clerk's Default [9] as to Cassandra Blackwell Childs. The Court finds that an evidentiary hearing is not required, the matter is otherwise ripe for review and finds as follows:

1. On January 11, 2013, Plaintiff filed suit regarding real property, [Doc 1] and on January 15, 2013 an Amended Complaint [DE 3] for which summons issued as to Defendant Childs [Doc 6], served upon Defendant Childs on February 22, 2013 [Doc 8], with the response due on March 15, 2013.

2. Defendant Childs has not filed an answer or responsive pleadings within twenty-one (21) days of service of the Complaint as provided by Fed R. Civ. P. 12, and is in default of the Complaint.

3. Therefore, Plaintiff is entitled to a Clerk's Entry of Default as to its Complaint against Defendant Childs as provided by Fed. R. Civ. P. 55 (a).

Accordingly, after a careful review of the record and the Court being otherwise fully advised, it is ORDERED AND ADJUDGED that Plaintiff's Motion for Clerk's Entry of Default against Defendant Cassandra Blackwell Childs is granted.

DONE AND ORDERED this 26th day of June, 2013.

*Julie A. Richards*
Clerk of Court
United States District Court
Eastern District of North Carolina